■ THE PEOPLE OF THE STATE OF NEW YORK Respondent, v WARREN JOSEPH KNAPP, Appellant.—Judgment of the County Court, Suffolk County, rendered May 17, 1978, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Cohalan, Martuscello and O'Connor, JJ., concur.